# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
March 30, 2015

In re:

Eric John Kleber
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–9590

Rachelle Marie Kleber
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–9041
         Debtor.

Case Number: 15–10150 cab
Chapter: 13

## NOTICE OF HEARING

**PLEASE BE ADVISED** that a hearing has been **SCHEDULED** for **June 5, 2015 at 01:30 PM** at the following location:

    **U.S. Bankruptcy Court – Rutland**
    **U.S. Post Office and Courthouse**
    **151 West Street, Room 202**
    **Rutland, VT**

to consider and act upon the following matters:

**CONFIRMATION OF CHAPTER 13 PLAN, DEBTOR'S ELIGIBILITY FOR CHAPTER 13 RELIEF, and DEBTOR'S COMPLIANCE WITH 11 U.S.C Sec. 521**

Parties are encouraged to submit **OBJECTIONS** to the confirmation of a chapter 13 plan in writing. Objections must specify the grounds for the objection whether presented in writing or orally. If in writing, the objection must be filed with the Clerk and served on the U.S. Trustee, Chapter 13 Trustee and the Debtor and Attorney for the Debtor at least three (3) business days prior to the date set for the confirmation hearing.

| Chapter 13 Trustee | Debtor | Debtor's Attorney |
|---|---|---|
| Jan M. Sensenich | Eric John Kleber | Michelle M. Kainen |
| P.O. Box 1326 | P.O. Box 301 | Kainen Law Office, P.C. |
| Norwich, VT 05055 | Hartland, VT 05048 | PO Box 919 |
| | | White River Junction, VT 05001 |
| U.S. Trustee Address | Joint Debtor | Joint Debtor's Attorney |
| U.S. Trustee | Rachelle Marie Kleber | Michelle M. Kainen |
| 74 Chapel Street, Suite #200 | P.O. Box 301 | Kainen Law Office, P.C. |
| Albany, NY 12207 | Hartland, VT 05048 | PO Box 919 |
| | | White River Junction, VT 05001 |

Dated: March 30, 2015

For the Court

*Thomas J. Hart*
Thomas J. Hart
Clerk of Court

United States Bankruptcy Court
District of Vermont
151 West Street
P.O. Box 6648
Rutland, VT 05702–6648

Tel. (802) 776–2000
VCIS* (866) 222–8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 192 –

**Notice to Court Visitors**: Upon arrival at the court building, please be prepared to show two forms of identification (I.D.), one of which should be a government–issued photo I.D. or a student photo I.D.. Please, no cell phones or other electronic devices in the courthouse.